# NO. 12-09-00152-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RANDY ANDREWS,*<br>*APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant was convicted of the offense of possession of a controlled substance. We have received the trial court's certification showing that this is a plea bargain case and Appellant has no right to appeal. *See* Tex. R. App. P. 25.2(d). The certification also states that Appellant waived his right to appeal. The certification is signed by Appellant and his counsel. Accordingly, the appeal is ***dismissed for want of jurisdiction***.

Opinion delivered May 29, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)